U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL -9 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LUTHER W. DAVIS, JR. | CIVIL ACTION NO. 13-cv-2653 |
| VERSUS | JUDGE WALTER |
| BOSSIER PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 11)** is **granted** and that all claims against the Parish of Bossier or Bossier Parish Police Jury are **dismissed with prejudice** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___9___ day of ___July___, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE