UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LUTHER W. DAVIS, JR. | CIVIL ACTION NO. 13-cv-2653 |
| VERSUS | JUDGE WALTER |
| POLICE JURY BOSSIER PARISH | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 15)** is **granted** and Plaintiff's complaint is **dismissed with prejudice** to refiling it in forma pauperis.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 18 day of Sept, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE